■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT ALLEN, Appellant. — Judgment of resentence Supreme Court, New York County, rendered on November 1, 1979, unanimously affirmed, and the appeal from the judgment rendered on June 18, 1979 is dismissed since by reason of resentence said judgment was vacated and it is from the judgment of resen-

tence only that an appeal lies. No opinion. Concur — Kupferman, J.P., Sandler, Lupiano, Bloom and Fein, JJ.

(Republished)